# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **STANLEY SKIPWORTH,** ) | **CIVIL ACTION NO.:** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **NORFOLK SOUTHERN RAILWAY** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

## NATURE OF ACTION

1. Plaintiff, Stanley Skipworth, brings this action against the Defendant, Norfolk Southern Railway Company, for negligence under the Federal Employer's Liability Act (FELA).

## JURISDICTION

2. The Court has subject matter jurisdiction pursuant to Title 45, U.S.C. § 51 et seq., commonly known as the Federal Employer's Liability Act (FELA).

## VENUE

3. Venue is proper in this matter pursuant to 28 U.S.C. § 1391 (b).

## PARTIES

4. At all times relevant herein, the Plaintiff, Stanley Skipworth, was an employee of the Defendant, Norfolk Southern Railway Company (hereinafter referred to as "NSRC").

## FACTS

5. At all times relevant herein, the Defendant, NSRC, was a common carrier engaged in interstate commerce and operating in the States of Alabama, Mississippi, and Tennessee.

6. On or about July 20, 2013, at or near Walnut, Mississippi, Plaintiff was engaged in the course and scope of his duties as a railroad conductor for NSRC.

7. That, at the aforesaid time and place, Plaintiff and a fellow co-worker were being driven home from Memphis, Tennessee to Sheffield, Alabama in a taxi cab specifically hired by NSRC for said purpose. The taxi driver hired by NSRC inexplicably, from a dead stop, accelerated to approximately 25 miles per hour and hit and jumped a concrete curb causing the Plaintiff's head to hit the roof of the taxi cab and his knee to hit the middle console. Due to the Defendant's negligence and failure to provide the Plaintiff with a reasonably safe place to work in violation of 45 U.S.C. § 51, the Plaintiff suffered injuries as more fully set forth below.

8. That, as a result of said negligent operation of the taxi by the driver negligently hired by NSRC, the Defendant failed to provide the Plaintiff with a reasonably safe place to work in violation of 45 U.S.C. § 51 and Plaintiff sustained severe and disabling injuries to his head, neck, low back, shoulder, and knee.

9. That, as a direct result of the aforesaid negligence, Plaintiff suffered and will continue to suffer great bodily injury and mental pain and anguish.

10. That, as a direct result of NSRC's negligence, Plaintiff sustained a loss of wages and permanent diminishment of his earning capacity.

11. That, in an effort to treat, heal and relieve said injuries, Plaintiff was obligated to incur, and will incur into the future, substantial expenses for medical, hospital, nursing and related care, the exact amount of such expenses Plaintiff is unable to accurately estimate and determine at this time.

12. That, as a direct result of the aforesaid negligence, Plaintiff suffered and will continue to suffer into the future, mental pain and anguish, and that Plaintiff has sustained and will continue to sustain into the future a loss of enjoyment of life.

13. That, by reason of each and all of the facts herein alleged, Plaintiff has sustained damages in the amount of One Million Dollars ($1,000,000).

WHEREFORE, Plaintiff demands judgment be entered against the above-named Defendant in the amount of One Million Dollars ($1,000,000) together with his costs and disbursements.

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY ON ALL ISSUES IN THIS CAUSE.**

Respectfully submitted,

*s/ Michael D. Blalock*
Michael D. Blalock, Attorney
Bar Number:  ASB-8927-A47M
Attorney for Plaintiff
Blalock & Blalock, P.C.
P.O. Box 26365
Hoover, Alabama 35260
Phone:  (205) 823-8088
E-Fax:  1-888-304-1852
E-mail:  mdb@blalock.com

**PLAINTIFF'S ADDRESS:**

817 W. Irvine Avenue
Florence, AL 35630

**SERVE DEFENDANT AT:**

Norfolk Southern Railway Company
c/o Crawford S. McGivaren, Jr., Registered Agent
Suite 700
2001 Park Place North
Birmingham, Alabama 35203